UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

GAIL K. FRANK, :
                             :     CIVIL ACTION
      Plaintiff, :

v. :

SATILLA COMMUNITY :
SERVICE BOARD, DR.
BABATUNDE FAGBAMIYE, :
and WARE BEHAVIORAL
HEALTH SERVICES, :

      Defendants. :     NO. CV506-108

## ORDER

By Order dated June 22, 2007, the Court directed Plaintiff to show cause in writing within ten days from the date of entry of the Order why the Court should not dismiss this action for lack of subject matter jurisdiction. Plaintiff was advised that failure to respond would result in the action being dismissed.

It appearing to the Court that Plaintiff has failed to respond as directed, this case is dismissed for failure to prosecute.

**SO ORDERED** this 23 day of July, 2007.

                                      JUDGE, UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF GEORGIA